IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JENNIFER PETERSEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RODENBURG LAW FIRM,<br><br>　　　　　Defendant. | CV 20-05-M-DLC<br><br><br>ORDER |

　　　The Meeting ID and Password provided in the Court's Order setting this matter for a settlement conference on May 27, 2020, at 9:00 a.m. are no longer valid. The Montana District Court IT Department will provide parties with the necessary connectivity information prior to the settlement conference. Parties shall provide the Court with e-mail contact information in their respective settlement brochures to ensure they receive the connectivity information. All other provisions in the Court's April 28, 2020 Order (Doc. 10) shall remain in effect.

　　　DATED this 29th day of April, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1