IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JENNIFER PETERSEN, | CV 20–5–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RODENBURG LAW FIRM, | |
| Defendant. | |

Pursuant to the Parties' Stipulation of Dismissal with Prejudice (Doc. 17),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 8th day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court